UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL COLESON, JR.,

        PLAINTIFF,

- AGAINST -

MYLAN PHARMACEUTICAL INC. ET AL.,

        DEFENDANTS.

---

17-cv-5382 (JGK)

MEMORANDUM OPINION AND ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 6/25/2018

JOHN G. KOELTL, District Judge:

As stated at the conference on **June 21, 2018**, the parties should advise the Court within 14 days of the disposition of the appeal of Coleson v. Qualitest Pharm. Manufacture, No. 17-cv-5381, 2018 WL 2108238 (S.D.N.Y. May 7, 2018), which is pending before the Court of Appeals for the Second Circuit.

The current case is stayed pending a disposition of the appeal in the Qualitest case.

SO ORDERED.

Dated:   New York, New York
        June 22, 2018

                                  John G. Koeltl
                            United States District Judge